UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP ALPHONSE,

Plaintiff,

v. Case No. 3:26cv4563-TKW-HTC

LIEUTENANT FENDLASON, et al.,

Defendants.
_________________________________/

REPORT AND RECOMMENDATION

On July 10, 2026, the Court ordered Plaintiff to, within twenty-one (21) days, either file a complete motion to proceed *in forma pauperis* on the Court's required form or pay the $405.00 filing fee, and to file an amended complaint on the Court's required form. Doc. 4. The Court advised Plaintiff that his failure to follow the Court's order could result in a recommendation that his case be dismissed. *Id.* After receiving no response to the July 10 Order, on August 6, 2026, the Court gave Alphonse fourteen (14) days to show cause why this case should not be dismissed due to his failure to comply with the July 10 Order. Doc. 5. The Court again advised Alphonse that his failure to comply would result in a recommendation that this case be dismissed without further notice. *Id.* To date, Alphonse has not filed anything further in this case.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Alphonse's failure to prosecute and failure to comply with Court orders.

2. The clerk close the file.

At Pensacola, Florida, this 28th day of August, 2026.

/s/ Hope Thai Cannon

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.