**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PHILLIP ALPHONSE,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4563-TKW-HTC**

**LIEUTENANT FENDLASON, et al.**

**Defendants.**
__________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 6). No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to comply with court orders. Accordingly, it is

ORDERED that:

1. The R&R is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice Plaintiff's failure to

[1] The copy of the R&R that was mailed to Plaintiff's address of record was returned as undeliverable/unable to forward by the Postal Service. *See* Doc. 7. Plaintiff's failure to keep the Court apprised of his current address is further evidence of Plaintiff's failure to prosecute this case.

prosecute and failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 25th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**